# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D16-5571

———————————————

ARTHUR D. BOATRIGHT,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————

Petition for Writ of Prohibition—Original Jurisdiction.

April 5, 2018

PER CURIAM.

DENIED. *See State v. Scholl*, 18 So. 3d 1158, 1162 (Fla. 1st DCA 2009) (holding that the protection against double jeopardy did not entitle defendant to pretrial dismissal of charges based upon claim that multiple charges violated his protection against multiple punishments for the same offense).

ROWE, RAY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Arthur D. Boatright, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Heather Ross, Assistant Attorney General, Tallahassee, for Respondent.